CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

Nov 03 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AFSANEH NASERIJABARI,<br>a/k/a AFSANEH NASERI JABARI,<br>a/k/a AFSANEH NASERI,<br>Defendant. | CASE NO. 3:26-cr-00552-MAG<br><br>VIOLATIONS:<br>36 C.F.R. § 1004.23(a)(1)—Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor)<br>36 C.F.R. § 1004.22(b)(1)—Operating a Vehicle without Due Care (Class B Misdemeanor)<br>36 C.F.R. § 1004.14(b)—Open Container of Alcoholic Beverage in Motor Vehicle (Class B Misdemeanor)<br><br>SAN FRANCISCO VENUE |

## I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE: (36 C.F.R. § 1004.23(a)(1)—Operating a Motor Vehicle Under the Influence of Alcohol)

On or about July 19, 2026, in the Northern District of California, on federally-owned land administered by the Presidio Trust, the defendant,

AFSANEH NASERIJABARI,

a/k/a AFSANEH NASERI JABARI, a/k/a AFSANEH NASERI,

unlawfully and knowingly operated and was in actual physical control of a motor vehicle while under

the influence of alcohol to a degree that rendered her incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B misdemeanor.

<u>COUNT TWO</u>: (36 C.F.R. § 1004.22(b)(1)—Operating a Vehicle without Due Care)

On or about July 19, 2026, in the Northern District of California, on federally-owned land administered by the Presidio Trust, the defendant,

AFSANEH NASERIJABARI,

a/k/a AFSANEH NASERI JABARI, a/k/a AFSANEH NASERI,

operated a motor vehicle without due care or at a speed greater than that which is reasonable and prudent considering wildlife, traffic, weather, road and light conditions, and road character, in violation of Title 36, Code of Federal Regulations, Section 1004.22(b)(1), a Class B misdemeanor.

<u>COUNT THREE</u>: (36 C.F.R. § 1004.14(b)—Open Container of Alcoholic Beverage in a Motor Vehicle)

On or about July 19, 2026, in the Northern District of California, on federally-owned land administered by the Presidio Trust, the defendant,

AFSANEH NASERIJABARI,

a/k/a AFSANEH NASERI JABARI, a/k/a AFSANEH NASERI,

carried or stored a bottle, can, or other receptacle containing an alcoholic beverage that was open, or has been opened, or whose seal is broken or the contents of which has been partially removed, within a motor vehicle, in violation of Title 36, Code of Federal Regulations, Section 1004.14(b), a Class B misdemeanor.

DATED: November 3, 2026

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Yuqing Cui*
YUQING CUI
Assistant United States Attorney